United States District Court
for the
Eastern District of Lousiana

Judy Norgah

(Plaintiff)

V.S.

Gulf Stream

(Defendant)

16-16671

SECT. B MAG. 3

I'm sewing for 350,000,000 for Discrimination and medical male practice.

11/28/16

Judy Norgah

901 West Genie St. apt.B

Chalmette, LA,70043

504-251-3475

___Fee ___
___Process ___
X_Dktd ___
___CtRmDep ___
___Doc. No. ___